# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Van Anthony Rose,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:08-cv-216
                                                3:04-cr-194-1

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2010 Order.

Signed: September 27, 2010

Frank G. Johns, Clerk
United States District Court